IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

    GREEN LIVING LLC      *      Case No: 23-19317 LSS
     *      Chapter 7
    Debtor(s)      *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DESIGNATION AS ASSET CASE AND REQUEST TO SET CLAIMS BAR DATE**

Laura Margulies, Chapter 7 Trustee, reports that she has reviewed the schedules and statements of the Debtor(s) and/or questioned the Debtor(s) and believes this case contains assets administrable for the benefit of creditors of the estate.

The Trustee here by asks the Clerk of the Bankruptcy Court to notify creditors to file a proof of claim pursuant to U.S.C. Section 501 and Bankruptcy Rule 3002.

Dated January 9, 2024      Respectfully submitted,

/s/ Laura J. Margulies
Laura J. Margulies
401 N. Washington Street, Suite 500
Rockville, MD 20850
(301) 483-9800
trustee@law-margulies.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2024, a copy of the foregoing Designation As Asset Case and Request To Set Claims Bar Date was electronically provided to the Office of the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770; and to Matthew Abbott, Esq., MAbbott@wolawgroup.com, *Attorney for Debtor*.

/s/ Laura J. Margulies
Laura J. Margulies